*Jacob W. Friedman* and *Fred D. Kaplan* for appellant.
*William Copeland Dodge, District Attorney (Edwin J. Talley* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* MARY LEHRMAN, Respondent.

Argued October 11, 1937; decided November 16, 1937.

*John J. Bennett, Jr., Attorney-General (Sol Ullman* of counsel), for appellant.

*Harold R. Medina, Irving Payson Zinbarg* and *William F. Mc Nulty* for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.